UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

"IN ADMIRALTY"

CASE NO.

P&L TOWING AND TRANSPORTATION, INC.,

       Plaintiff,

vs.

The M/V "MARATON", Official No. 7529330,
its engines, tackle, rigging, apparel and
appurtenances, etc., *in rem*,

       Defendant.
_____/

**VERIFIED COMPLAINT**

The Plaintiff, P&L TOWING AND TRANSPORTATION, INC., (hereinafter "P&L TOWING"), by and through its undersigned counsel and pursuant to Supplemental Admiralty Rule C, hereby sues the motor vessel MARATON," *in rem*, and states as follows:

1. This case is within this Court's admiralty and maritime jurisdiction arising under 28 U.S.C. §1333. The Complaint herein sets forth an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and the Supplemental Rules for Certain Admiralty and Maritime Claims.

2. Plaintiff P&L TOWING is a Florida corporation with its principal place of business in Dade County, Florida, and is in the business of providing towing, agency and other services to vessel trading on the Miami River.

3. Venue is proper in the United States District Court for the Southern District of Florida, as the M/V "MARATON" is now, or will be during the pendency of these proceedings,

located within this District and within the jurisdiction of this Court.

4.  At various times in 2013 and 2104, P&L Towing furnished necessaries to the motor vessel MARATON, including towage and agency services, for which the owners and operators of the MARATON did not pay. [*See* Schedule of services attached hereto as **Exhibit A**].

6.  The services furnished to the vessel were necessary for the vessel to trade and engage in commerce and the charges therefor were fair and reasonable.

7.  As a result, P&L TOWING P&L TOWING is entitled to a lien against the M/V "MARATON" for all accounts due and owing and attorney's fees and costs associated with the enforcement of the maritime lien.

8.  The reasonable amount due and owing P&L TOWING for the necessaries furnished to the M/V "MARATON," including interest, is $100,755.35. [*See* Accounts Receivable Summary attached hereto as **Exhibit B**].

9.  All conditions precedent to the bringing of this action have been performed and/or were satisfied

WHEREFORE, P&L TOWING AND TRANSPORTATION, INC., prays as follows:

a. The process and due form of law according to the rules and practice of this Court and causes of admiralty and maritime jurisdiction issue against the M/V "MARATON," Official No. 7529330, its engines, tackle, equipment and appurtenances, *in rem*, citing all persons claiming any interest therein to appear and answer on any and all matters aforesaid;

b. That P&L TOWING's maritime lien be declared to be a valid and subsisting lien superior to the interest, liens or claims of any and all persons, firms or corporations whatsoever;

    c. That this Court order and adjudge the vessel is liable to Plaintiff, P&L TOWING, for outstanding amount, plus interest through the date of judgment, costs, custodial expenses and attorneys' fees;

    d. That the vessel be condemned and sold to pay the demands herein, together with all interest, costs and expenses; and

    e. That P&L TOWING be awarded any further relief as this Court deems appropriate under the circumstances.

Signed this 13 day of January, 2016.

/s/ Patrick E. Novak
PATRICK E. NOVAK
Florida Bar No.: 838764
pnovak@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 S. Dadeland Blvd.
Telephone: (305) 548-5024
Miami, Florida 33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526

Case No.:<br>Page 4

## **VERIFICATION**

I do solemnly swear under penalty of perjury, that I have read the foregoing Verified Complaint and that the allegations contained therein are true and correct to the best of my information and belief.

DATED this 13 day of January, 2016

_____
P&L TOWING AND
TRANSPORTATION, INC.

HORR, NOVAK & SKIPP, P.A.
TWO DATRAN CENTER, SUITE 1700 - 9130 S. DADELAND BOULEVARD - MIAMI - FLORIDA - 33156

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Patrick E. Novak
PATRICK E. NOVAK
Florida Bar No.: 838764
pnovak@admiral-law.com